UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-05-00577-PMP-GWF |
| SYNERGY DYNAMIC INTERNATIONAL, LLC, et al., | ) O R D E R |
| Defendants. | ) |

On September 12, 2007, Magistrate Judge George Foley, Jr. entered an Order, Findings & Recommendations (Doc. #252), finding Defendants failed to obtain new counsel and otherwise failed to participate in this action by responding to discovery or complying with the Court's Order to file <u>Markman</u> briefs, and failed to inform the Court or Plaintiff of a current address.  Magistrate Judge Foley recommended the Court strike Defendants Synergy Dynamics International LLC and Media Owl Inc.'s Answers and dismiss Media Owl, Inc.'s counterclaim.  Magistrate Judge Foley further recommended Plaintiff be authorized to apply for entry of default judgment against Defendants due to these failures.  Having read and considered Magistrate Judge Foley's Order and there being no timely objection thereto,

IT IS ORDERED that the Order, Findings & Recommendations (Doc. #252) is hereby AFFIRMED.

///

///

1    IT IS FURTHER ORDERED that Defendant Synergy Dynamics International
2 LLC's Answer (Doc. #49) is hereby STRICKEN and Plaintiff is hereby authorized to apply
3 for entry of default judgment against this Defendant within ten (10) days of the date of this
4 Order.
5    IT IS FURTHER ORDERED that Defendant Media Owl, Inc.'s Amended
6 Answer and Counterclaim (Doc. #88) is hereby STRICKEN and Plaintiff is hereby
7 authorized to apply for entry of default judgment against this Defendant within ten (10)
8 days of the date of this Order.

10 DATED:  October 2, 2007.

_____
PHILIP M. PRO
United States District Judge